Argued and submitted September 14, appeal dismissed for lack of jurisdiction November 23, 2011, petition for review denied May 3, 2012 (352 Or 25)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ASHLEY LYNN COLEMAN,
*Defendant-Appellant.*

Multnomah County Circuit Court
061237344; A142691

267 P3d 205

David J. Celuch argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were John R. Kroger, Attorney General, and Mary H. Williams, Solicitor General.

Before Brewer, Chief Judge, and Gillette, Senior Judge.

PER CURIAM